**B9A (Local Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number 13−20435−TLM

## UNITED STATES BANKRUPTCY COURT
## District of Idaho

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 4/25/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side for Important Explanations.**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Terri McReynolds
2900 W Dawn
Post Falls, ID 83854

| Case Number: | Social Security/Taxpayer ID/Employer ID/Other Nos.: |
|---|---|
| 13−20435−TLM | xxx−xx−4956 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Cameron Lee Phillips<br>Cameron Phillips, PA<br>924 Sherman Ave<br>Coeur d'Alene, ID 83814<br>Telephone number: (208) 667−5437 | J Ford Elsaesser<br>123 S Third STE 22<br>PO Box 2220<br>Sandpoint, ID 83864<br>Telephone number: 208−263−8871 |

## Meeting of Creditors
Date: **June 13, 2013**        Time: **02:00 PM**
Location: **6450 N. Mineral Dr, US Trustee Room #120, Coeur d' Alene, ID 83815**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 8/12/13**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>6450 N. Mineral Drive<br>Room 150<br>Coeur d' Alene, ID 83815<br>Telephone number: 208−665−6850 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Elizabeth A Smith |
|---|---|
| Hours Open: Monday − Friday 8:00 AM − 5:00 PM | Date: 4/26/13 |

**EXPLANATIONS**                                                                                           B9A (Local Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front **of this form.** The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

```
                              United States Bankruptcy Court
                                      District of Idaho
In re:                                                                  Case No. 13-20435-TLM
Terri McReynolds                                                        Chapter 7
          Debtor                       CERTIFICATE OF NOTICE
District/off: 0976-2          User: cstaaben                Page 1 of 2                  Date Rcvd: Apr 29, 2013
                              Form ID: b9a                  Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2013.
db           +Terri McReynolds,    2900 W Dawn,    Post Falls, ID 83854-8369
4227018       Anesthesia Associates,    1705 N Government Way,    Coeur D Alene, ID 83814-3444
4227019       Best Buy Capital One,    PO Box 60504,    City of Industry, CA 91716-0504
4227021      +Chas,   203 N Washington Ste 300,    Spokane, WA 99201-0254
4227022       First Bankcard,    PO Box 2557,   Omaha, NE 68103-2557
4227024      +Idaho Medicaid,    1720 Westgate Drive,    Boise, ID 83704-7164
4227025       Incyte Pathology,    P.O. Box 3405,    Spokane, WA 99220-3405
4227029      +Kootenai Medical Center,    2003 Kootenai Health Way,    Coeur D Alene, ID 83814-6051
4227031      +Les Schwab,    PO Box 939,   Post Falls, ID 83877-0939
4227034      +Minimally Invasive Surgery,    750 N Syringa St #103,    Post Falls, ID 83854-5275
4227035       Nick   Joan Rhoades,    2462 N. Coolwater Dr.,    Post Falls, ID 83854
4227036       Sacred Heart Hospital,    PO Box 34322,    Seattle, WA 98124-1322
4227038       Spokane Emergency Physicians,    PO Box 12229,    Westminster, CA 92685-2229
4227042       Wells Fargo,    PO Box 30427,   LOS ANGELES, CA 90030-0427
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: cameronphillips@hotmail.com Apr 29 2013 21:48:54      Cameron Lee Phillips,
               Cameron Phillips, PA,    924 Sherman Ave,    Coeur d'Alene, ID 83814
tr           +EDI: QJFELSAESSER.COM Apr 29 2013 21:48:00      J Ford Elsaesser,    123 S Third STE 22,
               PO Box 2220,    Sandpoint, ID 83864-0909
ust          +E-mail/Text: ustp.region18.bs.ecf@usdoj.gov Apr 29 2013 21:55:41      US Trustee,
               Washington Group Central Plaza,    720 Park Blvd, Ste 220,    Boise, ID 83712-7785
4227020       EDI: RMSC.COM Apr 29 2013 21:48:00      Care Credit,    PO Box 960061,   Orlando, FL 32896-0061
4227023       EDI: RMSC.COM Apr 29 2013 21:48:00      GECRB/JCP,    PO Box 960090,   Orlando, FL 32896-0090
4227026       EDI: IRS.COM Apr 29 2013 21:48:00      Internal Revenue Service,    P.O. Box 7346,
               Philadelphia, PA 19101-7346
4227027       EDI: CBSKOHLS.COM Apr 29 2013 21:48:00      Kohl's,    PO Box 30510,   Los Angeles, CA 90030-0510
4227028      +E-mail/Text: svenera@kootenaiimaging.com Apr 29 2013 21:57:47      Kootenai  Imaging,
               PO Box 1335,    Coeur D Alene, ID 83816-1335
4227032       EDI: RMSC.COM Apr 29 2013 21:48:00      Lowes,    PO Box 530914,   Atlanta, GA 30353-0914
4227033       EDI: TSYS2.COM Apr 29 2013 21:48:00      Macy's,    PO Box 689195,   Des Moines, IA 50368-9195
4227037       EDI: SEARS.COM Apr 29 2013 21:48:00      Sears Mastercard,    P.O. Box 688957,
               Des Moines, IA 50368-8957
4227039       EDI: WTRRNBANK.COM Apr 29 2013 21:48:00      Target Visa,    PO Box 660170,   Dallas, TX 75266-0170
4227040       EDI: USDARHS.COM Apr 29 2013 21:48:00      USDA Rural Development,    PO Box 790170,
               ST. LOUIS, MO 63179-0170
4227041      +EDI: RMSC.COM Apr 29 2013 21:48:00      Walmart GECRB,    P.O. Box 960024,   Orlando, FL 32896-0024
4227043       EDI: WFFC.COM Apr 29 2013 21:48:00      Wells Fargo,    POB 30086,   Los Angeles, CA 90030-0086
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4227030*      Kootenai Medical Center,    2003 Kootenai Health Way,    Coeur d'Alene, ID 83814-6051
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 01, 2013            Signature:       *Joseph Speetjens*

```
District/off: 0976-2          User: cstaaben              Page 2 of 2             Date Rcvd: Apr 29, 2013
                              Form ID: b9a                Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2013 at the address(es) listed below:

          Cameron Lee Phillips    on behalf of Debtor Terri McReynolds cameronphillips@hotmail.com,
           erinewebb@yahoo.com,   cam@camphillips.com,erinewebb@yahoo.com,phillipsecf@gmail.com
          J Ford Elsaesser    feecf@ejame.com,   ID03@ecfcbis.com;felsaesser@ecf.epiqsystems.com
          US Trustee    ustp.region18.bs.ecf@usdoj.gov

                                                                                                    TOTAL: 3